USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD HENRY,

                 Plaintiff,

        v.

NATIONAL PUBLIC RADIO, DAVID FOLKENFLIK, TURNER BROADCASTING SYSTEM, INC., ALISYN CAMEROTA, and BRIAN STELTER,

                 Defendants.

No. 21-CV-5728 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 8, 2021, the Court entered the parties' stipulation regarding Plaintiff Edward Henry's prospective amendment of the complaint. Dkt. 21. The order required Henry to "file any Amended Complaint against Defendants, or advise Defendants and the Court that he is not amending his Complaint, by **December 14, 2021**." *Id.* at 2 (emphasis in original). Henry has neither filed an amended complaint nor has he advised the Court that he intends to proceed based on his initial complaint.

The Court thus will deem Henry's initial complaint, filed July 1, 2021, to be the operative complaint.

SO ORDERED.

Dated:    December 17, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge