```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD HENRY,

                Plaintiff,

           v.

NATIONAL PUBLIC RADIO, DAVID FOLKENFLIK, TURNER BROADCASTING SYSTEM, INC., ALISYN CAMEROTA, and BRIAN STELTER,

                Defendants.

No. 21-CV-5728 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 6, 2022, the parties filed a "Joint Letter Regarding Expected Resolution of Case," which stated that they were engaged in settlement discussions and anticipated a "resolution in the near future." Dkt. 26. At their request, the Court adjourned the deadlines in this case. Dkt. 27. To date, the parties have not filed a Rule 41 discontinuance or otherwise indicated the status of their settlement discussions. Accordingly, no later than April 22, 2022, the parties shall either file a stipulation or submit a joint letter regarding the status of this case.

SO ORDERED.

Dated:    April 12, 2022
             New York, New York

                                           Ronnie Abrams
                                           United States District Judge